
FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 6 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13-cr-0032-RCJ-VPC |
| Plaintiff(s), | ORDER OF THE COURT |
| vs. | |
| IQBAL SINGH-SIDHU | |
| Defendant(s). | |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this _6TH_ day of February, 2014.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE